**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02854-WJM-CBS

MATTHEW DOWER; and
CRYSTAL DOWER, Individually and as Parents and Next Best Friends of Logan Dower, a minor,

    Plaintiffs,

v.

DYNACRAFT BSC, INC.,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS**

---

This matter comes before the Court on the Defendant's Unopposed Motion for Dismissal of Matter with Prejudice, filed November 18, 2011 (ECF No. 34). The Court being fully advised hereby ORDERS as follows:

The Defendant's Unopposed Motion is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay their or its own attorney's fees and costs.

Dated this 21st day of November, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge